IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00565-FDW-DCK

| | |
|---|---|
| JOSEPH HINSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SOUTHEASTERN FREIGHT LINES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by John A. Shedden, concerning William L. Duda on November 24, 2014. Mr. William L. Duda seeks to appear as counsel *pro hac vice* for Defendant Southeastern Freight Lines, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. William L. Duda is hereby admitted *pro hac vice* to represent Defendant Southeastern Freight Lines, Inc.

**SO ORDERED**.

Signed: November 25, 2014

David C. Keesler
United States Magistrate Judge