UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00565-FDW-DCK

| | |
|---|---|
| JOSEPH HINSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOUTHEASTERN FREIGHT LINES, )<br>INC., )<br>)<br>Defendant. )<br>) | **ORDER AND<br>NOTICE OF HEARING** |

**THIS MATTER** is before the Court on Defendant Southeastern Freight Line's Motion for Summary Judgment. (Doc. No. 16). A hearing on the Motion for Summary Judgment was held on October 20, 2015, and for the reasons stated in Court, the Motion is GRANTED IN PART and DENIED IN PART. Specifically, the Motion is GRANTED with respect to Plaintiff's claim for failure to accommodate and DENIED with respect to Plaintiff's claim for disparate treatment.

**TAKE NOTICE** that a pretrial conference will take place on **Tuesday, November 3, 2015 at 9:00 am** in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina 28202. Jury selection will immediately follow at **9:30 am** in the same location. While the exact date of trial remains to be determined, the Court hereby instructs the parties to be prepared to commence trial on **Thursday, November 12, 2015**. Pursuant to the Court's standing orders in this case, the parties' <u>joint</u> proposed pretrial order is due **by October 27, 2015.** In addition to that joint proposed order, the parties should submit to chambers one copy of the electronic versions of their trial exhibits in PDF format on CD-ROM. The parties should **<u>not</u>** submit a hard copy of trial exhibits.

**IT IS SO ORDERED**.

Frank D. Whitney
Chief United States District Judge