# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joseph Hinson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14cv565-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeastern Freight Lines, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's November 19, 2015 Verdict.

December 4, 2015

Frank G. Johns, Clerk
United States District Court